1 BENJAMIN B. WAGNER
United States Attorney
2 RUSSELL L. CARLBERG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO.  S-10-0238 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE ON SENTENCING |
| THEODORE B. HUTZ, | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Hutz is scheduled for a Status Conference on Sentencing for April 29, 2011.  However, he may be called as a witness at the trial of several co-conspirators.  As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference currently set for April 29, 2011, at 10:00 a.m. be continued to October 28, 2011.  The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney
```

Date: 4/25/11                    /s/ Russell L. Carlberg
                                 By: RUSSELL L. CARLBERG
                                 Assistant United States Attorney


Date: 4/25/11                    /s/ Kresta Daly*
                                 Kresta Daly
                                 Attorney for Defendant Hutz

## ORDER

For the reasons stated above, the Court vacates the status conference in this case of April 29, 2011. The Court further orders that the matter be set for a status conference on sentencing on October 28, 2011, at 10 a.m.

IT IS SO ORDERED this 25th day of April, 2011.

   /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.