1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  Trial Attorneys
   U.S. Department of Justice
7  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
8  San Francisco, CA 94102
   Telephone: (415) 436-6660
9

**FILED**

**AUG 0 2 2012**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,     )    CR. NO. S-10-0238 EJG
                                  )
15              Plaintiff,        )
                                  )    STIPULATION AND
16                                )    ORDER TO CONTINUE STATUS
        v.                        )    CONFERENCE
17                                )
    THEODORE B. HUTZ,             )
18                                )           C/EJG
                                  )
19              Defendant.        )
                                  )
20

21      THE PARTIES HEREBY STIPULATE AS FOLLOWS:

22      Mr. Hutz is currently on the Court's calendar for a status

23  conference on August 3, 2012.  Mr. Hutz, however, may be called as a

24  witness at the trial of several co-conspirators.  In this related

25  case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

26  defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim,

27  and W. Theodore Longley, are on the Court's calendar for a status

28

                                  1

1  conference on September 7, 2012.

2      The government will not be able to fully determine its
3  sentencing recommendation for Mr. Hutz until after a trial in the
4  related case.  Therefore, per agreement with defense counsel, it is
5
6  respectfully requested that the status conference for Mr. Hutz that
7  is currently set for August 3, 2012 be continued to November 9, 2012
8  at 10:00 a.m.  The United States Probation Office is in accord with
9  this approach.  It is anticipated that at that time, the parties
10 will be in a better position to request a judgment and sentencing
11 date and disclosure schedule for the presentence report.
12

13 Dated: August 1, 2012              Respectfully Submitted,
14
                                    Benjamin B. Wagner
15                                   United States Attorney
16
                               By:  _s/Russell Carlberg*_
                                    RUSSELL L. CARLBERG
17                                   Assistant U.S. Attorney
18
                                    Joseph F. Wayland
19                                   Acting Assistant Attorney
                                    General
20
21                             By:  _s/Anna Pletcher_
                                    ANNA TRYON PLETCHER
22                                   TAI S. MILDER
                                    Trial Attorneys
23                                   U.S. Department of Justice
                                    Antitrust Division
24
25
                               By:  _s/Kresta Daly*_
26                                   KRESTA DALY
                                    Counsel for Defendant
27
   *Signed with permission
28

                               2

ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Theodore Hutz to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this 1st day of August, 2012.

EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE

3