1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   TAI S. MILDER (Cal. Bar No. 267070)
2  MAY LEE HEYE (Cal. Bar No. 209366)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  Trial Attorneys
   U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
5  San Francisco, California 94102-3478
   Telephone: (415) 934-5300

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        No. 2:10-CR-0144 WBS

12            Plaintiff,
        v.
13
   ANTHONY B. GHIO,
14
              Defendant.
15
   _____
16
   UNITED STATES OF AMERICA,        No. 2:10-CR-0238 WBS
17
              Plaintiff,
18      v.
19
   THEODORE B. HUTZ,
20
              Defendant.
21
   _____
22
   UNITED STATES OF AMERICA,        NO. 2:10-CR-0239 WBS
23
              Plaintiff,
24      v.
25
   JOHN R. VANZETTI,
26
              Defendant.
27

28 _____


   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

RICHARD W. NORTHCUTT,

        Defendant.

_____

NO. 2:11-CR-0038 WBS

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

YAMA MARIFAT,

        Defendant.

_____

No. 2:11-CR-0039 WBS

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

GREGORY L. JACKSON,

        Defendant.

_____

No. 2:11-CR-0090 WBS

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

WALTER DANIEL OLMSTEAD,

        Defendant.

No: 2:11-CR-0291 WBS

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>ROBERT ROSE,<br>              Defendant.<br>_____ | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>KENNETH A. SWANGER,<br><br>              Defendant.<br>_____ | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br><br>              Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for status hearings on **September 14, 2015.**

The related case, United States v. Katakis, et al., Cr. No. 2:11-511 WBS, went to trial on February 4, 2014.  Several of the above-named defendants testified at that trial.  On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    Katakis moved for a judgment of acquittal on the

2 obstruction count.  The Court granted the motion on May 9, 2014.

3 On June 6, 2014, the government filed a notice of appeal.  Four

4 days earlier, on June 2, Katakis had moved for a new trial on

5 the bid-rigging count.  Parker joined that motion.  On June 10,

6 2014, the Court stayed all proceedings pending receipt of an

7 order of remand from the Court of Appeals.  On August 31, 2015,

8 the Ninth Circuit affirmed the Court's order granting Katakis a

9 judgment of acquittal.

10    The outstanding motions for a new trial remain to be

11 resolved.  If those motions are granted, the co-conspirators in

12 the above-named cases may be called as trial witnesses.  The

13 government will not be able to fully determine its sentencing

14 recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt,

15 Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim

16 until after all trials in the related cases have been completed.

17    Therefore, per agreement with defense counsel, it is

18 respectfully requested that the existing status conference be

19 continued to **January 11, 2016** at 9:30 a.m.  The United States

20 Probation Office is in accord with this approach.  It is

21 anticipated that at that time, the parties will be in a better

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1  position to request dates for judgment and sentencing and

2  disclosure schedules for presentence reports.

3

4  Dated: September 3, 2015            Respectfully submitted,

5                                      /s/ Anna Tryon Pletcher
6                                      Anna Tryon Pletcher
                                       Tai S. Milder
7                                      May Lee Heye
                                       Kelsey C. Linnett
8                                      Trial Attorneys
                                       U.S. Department of Justice
9                                      Antitrust Division

10
                                       /s/ Michael S. Thorman *
11                                     MICHAEL S. THORMAN
                                       Counsel for Anthony Ghio
12

13                                     /s/ Kresta Nora Daly *
                                       KRESTA NORA DALY
14                                     Counsel for Theodore B. Hutz

15
                                       /s/ Christopher H. Wing *
16                                     CHRISTOPHER H. WING
                                       Counsel for John R. Vanzetti
17

18                                     /s/ Doron Weinberg *
                                       DORON WEINBERG
19                                     Counsel for Richard W.
                                       Northcutt
20

21                                     /s/ Richard Tamor *
                                       RICHARD TAMOR
22                                     Counsel for Yama Marifat

23                                     /s/ Donald H. Heller *
                                       DONALD H. HELLER
24                                     Counsel for Gregory L.
                                       Jackson
25

26                                     /s/ Carl M. Faller *
                                       CARL M. FALLER
27                                     Counsel for Walter Daniel
                                       Olmstead
28

5

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Ismail Ramsey *
ISMAIL RAMSEY
Counsel for Robert Rose

/s/ William J. Portanova *
WILLIAM J. PORTANOVA
Counsel for Kenneth A.
Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

/s/ Thomas A. Johnson *
THOMAS A. JOHNSON
Counsel for Anthony B.
Joachim

* Signed with permission.


                              ORDER

     For the reasons stated above, the Court continues the

status conference for defendants Anthony B. Ghio, Theodore B.

Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat,

Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth

A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from

**September 14, 2015** to **January 11, 2016 at 9:30 a.m.**


     IT IS SO ORDERED.

Dated:   September 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**