ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ANTHONY B. GHIO, <br><br> Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> THEODORE B. HUTZ, <br><br> Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JOHN R. VANZETTI, <br><br> Defendant. | No. 2:10-CR-0239 WBS |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-CR-0038 WBS |
| v. | |
| RICHARD W. NORTHCUTT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-CR-0039 WBS |
| v. | |
| YAMA MARIFAT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:11-CR-0090 WBS |
| v. | |
| GREGORY L. JACKSON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No: 2:11-CR-0291 WBS |
| v. | |
| WALTER DANIEL OLMSTEAD, | |
| Defendant. | |

//
//
//

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br>ROBERT ROSE,<br>              Defendant. | No. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br>KENNETH A. SWANGER,<br><br>             Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br><br>             Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for a status hearing on **January 11, 2016.**

The related case, <u>United States v. Katakis, et al.</u>, Cr. No. S-11-511 WBS, went to trial on February 4, 2014. Several of the above-named defendants testified at that trial. On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. The jury could not reach a verdict on the conspiracy to commit mail fraud count.

Katakis moved for a judgment of acquittal on the obstruction count. The Court granted the motion on May 9, 2014. On June 6, 2014, the government filed a notice of appeal. Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count. Parker

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

1  joined that motion.  On June 10, 2014, the Court stayed all proceedings pending receipt of an
2  order of remand from the Court of Appeals.  On August 31, 2015, the Ninth Circuit affirmed the
3  Court's order granting Katakis a judgment of acquittal.
4        On October 1, 2015, Katakis and Parker filed amended motions for a new trial.  Those
5  motions remain to be resolved.  If they are granted, the co-conspirators in the above-named cases
6  may be called as trial witnesses.  The government will not be able to fully determine its
7  sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson,
8  Olmstead, Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have
9  been completed.
10       Therefore, per agreement with defense counsel, it is respectfully requested that the
11 existing status conference be continued to **April 4, 2016** at 9:00 a.m.  The United States
12 Probation Office is in accord with this approach.  It is anticipated that at that time, the parties
13 will be in a better position to request dates for judgment and sentencing and disclosure schedules
14 for presentence reports.
15
16 Dated: January 4, 2016      Respectfully submitted,
17     /s/ Anna Tryon Pletcher
       Anna Tryon Pletcher
18     Tai S. Milder
       May Lee Heye
19     Kelsey C. Linnett
       Trial Attorneys
20     U.S. Department of Justice
21     Antitrust Division

22     /s/ Michael S. Thorman *
       MICHAEL S. THORMAN
23     Counsel for Anthony Ghio
24
25     /s/ Kresta Nora Daly *
       KRESTA NORA DALY
26     Counsel for Theodore B. Hutz
27     /s/ Christopher H. Wing *
       CHRISTOPHER H. WING
28     Counsel for John R. Vanzetti

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

1  
2  /s/ Doron Weinberg *  
   DORON WEINBERG  
   Counsel for Richard W. Northcutt  

3  
4  /s/ Richard Tamor *  
   RICHARD TAMOR  
   Counsel for Yama Marifat  

5  
6  /s/ Donald H. Heller *  
   DONALD H. HELLER  
7  Counsel for Gregory L. Jackson  

8  /s/ Carl M. Faller *  
   CARL M. FALLER  
9  Counsel for Walter Daniel Olmstead  

10  
11  /s/ Ismail Ramsey *  
    ISMAIL RAMSEY  
12  Counsel for Robert Rose  

13  /s/ William J. Portanova *  
    WILLIAM J. PORTANOVA  
14  Counsel for Kenneth A. Swanger  

15  
16  /s/ Edward P. Sangster *  
    EDWARD P. SANGSTER  
    Counsel for Wiley C. Chandler  
17  
18  /s/ Thomas A. Johnson *  
    THOMAS A. JOHNSON  
19  Counsel for Anthony B. Joachim  

20  
21  * Signed with permission.  
22  / /  
23  / /  
24  / /  
25  / /  
26  / /  
27  / /  
28  / /  

3  
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from **January 11, 2016** to **April 4, 2016 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  January 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE